UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

## MINUTE ENTRY

*Hearing Information*

| | |
|---|---|
| Bankruptcy Judge: | The Honorable Daniel P. Collins |
| Adversary Case Number: | 2:24-ap-00227-DPC |
| Administrative Case Number: | 2:24-bk-02407-DPC |
| Chapter: | |
| Caption: | BALL v. Swansen |
| Date and Time: | 12/19/2024 10:00 AM |
| Location(s): | PHX-603 |
| Courtroom Clerk: | Renee Bryant |
| Electronic Court Recording Operator: | Staci Jo Fagan |

*Matter(s)*
MOTION TO DEFER FEE
MOTION TO REOPEN AND REINSTATE

*Appearances*

JOEL BALL, PLAINTIFF
RONALD ELLETT, ATTORNEY FOR DEFENDANT

*Proceedings*

The Court provides an overview of the case and notices that Mr. Ball has filed a motion to reschedule today's hearing.

COURT: IT IS ORDERED DENYING MR. BALL'S MOTION TO RESCHEDULE TODAY'S HEARING.

The Court informs Mr. Ball that it does not see any legal authority to defer the filing fee and is inclined to set a deadline to pay the fee.

Mr. Ball asks the Court to extend the deadline to February 2, 2025.

Mr. Ellett argues the Faulk standards, noting that Mr. Ball did pay the filing fee when the adversary was filed as required, did not file a motion to extend the time to pay the filing fee, and did not respond to the order. He states that it was Mr. Ball's responsibility to follow what was happening in the case.

Mr. Ball argues why the Falk factors do not apply. He states he did not receive the notice to pay the filing fee by mail and was unaware the payment was due. He states that he has a stamp from the mail showing it was received on the 10th of November. Mr. Ball indicates that he goes to his mailbox every other day to retrieve his mail.

JOEL BALL is sworn in by the Courtroom Clerk.

The Court examines Mr. Ball.

Mr. Ball states that he received the notice to pay the filing fee around November 13. He explains that he did not pay the filing fee as he did not have the money. Mr. Ball summarizes why he believes his claim is meritorious. He does not believe Mr. Ellett's client will be prejudiced if the adversary is reinstated.

Mr. Ellett cross-examines Mr. Ball.

Mr. Ellett states Mr. Ball's testimony is not consistent with the facts.

Mr. Ball states he has demonstrated diligence in pursuing this matter to the Court.


THE COURT PLACED ITS DECISION ON THE RECORD. THE DECISION ON THE RECORD CONSTITUTES FINDINGS OF FACT AND CONCLUSIONS OF LAW PURSUANT TO FED. R. CIV.P. 52 AS ADOPTED BY RULE 7052 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURES. THE DECISION CAN BE HEARD BY ACCESSING THE AUDIO FILE FROM THE CASE DOCKET. ANYONE WISHING A TRANSCRIPT OF THE DECISION MAY OBTAIN ONE BY CONTACTING THE ELECTRONIC COURT RECORDER.

COURT: FOR THE REASONS STATED ON THE RECORD, IT IS ORDERED THAT MR. BALL PAY THE FILING FEE IN FULL BY THE CLOSE OF BUSINESS ON DECEMBER 30, 2024. SHOULD MR. BALL TIMELY PAY THE FILING FEE, IT WILL BE FURTHER ORDERED REINSTATING AND REOPENING THE ADVERSARY. THE COURT WILL NOT REOPEN OR REINSTATE THE ADVERSARY PROCEEDING UNLESS THE FILING FEE IS PAID IN FULL BY DECEMBER 30, 2024.


NOTICE SENT THROUGH THE
BANKRUPTCY NOTICING CENTER "BNC"
TO THE FOLLOWING:

**JOEL BALL**
13802 N SCOTTSDALE RD STE 151-1095
SCOTTSDALE, AZ 85254